ACCEPTED
15-25-00022-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/14/2025 9:44 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00022-CV

_____

In the Court of Appeals
for the Fifteenth Judicial District
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/14/2025 9:44:08 AM
CHRISTOPHER A. PRINE
Clerk

_____

**City of Coppell, Texas; City of Humble, Texas; City of DeSoto, Texas; City of Carrollton, Texas; and City of Farmers Branch, Texas**
*Appellants/Cross-Appellees,*

**v.**

**Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts of the State of Texas**
*Appellee/Cross-Appellant,*

**v.**

**City of Round Rock, Texas**
*Cross-Appellee.*

_____

On Appeal from the 201st Judicial District Court, Travis County, Texas
Cause Number D-1-GN-21-003198; consolidated with D-1-GN-21-003203

_____

**Notice of Automatic Substitution of Public Officer**

_____

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellee/Cross-Appellant gives notice that Kelly Hancock succeeded Glenn Hegar as Comptroller of Public Accounts of the State of Texas on

an acting basis on July 1, 2025. Accordingly, the Appellee/Cross-Appellant should now be designated "Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts of the State of Texas."

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

STEVEN ROBINSON
Chief, Tax Litigation Division

*/s/ Deborah J. Rao*
DEBORAH J. RAO
Assistant Attorney General
Texas State Bar No. 24131915
Tel: (512) 475-3503
deborah.rao@oag.texas.gov

KYLE PIERCE COUNCE
Deputy Division Chief
Texas State Bar No. 24082862
Tel:(512) 463-3112
kyle.counce@oag.texas.gov

Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 478-4013

*Counsel for Appellee/Cross-Appellant Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts of the State of Texas*

# CERTIFICATE OF SERVICE

I certify that on July 14, 2025, a copy of the foregoing notice was served on all attorneys of record listed below via electronic service.

James B. Harris
E-mail: james.harris@hklaw.com
Stephen F. Fink
E-mail: stephen.fink@hklaw.com
Richard B. Phillips, Jr.
Email: rich.phillips@hklaw.com
Reed C. Randel
E-mail: reed.randel@hklaw.com

HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Fax: 214.969.1751

Brandon L. King
E-mail: brandon.king@hklaw.com

HOLLAND & KNIGHT LLP
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
Telephone: 512.469.6126
Fax: 512.482.5009

***Counsel for City of Coppell, City of Humble, City of DeSoto, City of Carrollton, City of Farmers Branch***

Cindy Olson Bourland
bourland@bourlandlaw.com
BOURLAND LAW FIRM, PC
P.O. Box 546
Round Rock, Texas 78680

Bryan Dotson
Bryan.dotson@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS, & AUGHTRY,
P.C.
112 East Pecan Street, Suite 1450
San Antonio, Texas 78205
Telephone: (210) 278-5844
Facsimile: (210) 253-8384

***Counsel for City of Round Rock***

/s/ Deborah J. Rao

DEBORAH J. RAO
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michelle Elkins on behalf of Deborah Rao
Bar No. 24131915
michelle.elkins@oag.texas.gov
Envelope ID: 103075429
Filing Code Description: Other Document
Filing Description: 20250714 Notice of Substitution of Public Officer
Status as of 7/14/2025 9:53 AM CST

Associated Case Party: City of Coppell, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 7/14/2025 9:44:08 AM | SENT |
| Reed Randel | 24075780 | Reed.Randel@hklaw.com | 7/14/2025 9:44:08 AM | SENT |
| Stephen Fink | 7013500 | Stephen.Fink@hklaw.com | 7/14/2025 9:44:08 AM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 7/14/2025 9:44:08 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bryan Dotson | 24072769 | bryan.dotson@chamberlainlaw.com | 7/14/2025 9:44:08 AM | SENT |
| Cynthia Bourland | 790343 | bourland@bourlandlaw.com | 7/14/2025 9:44:08 AM | SENT |
| Brandon L.King | | brandon.king@hklaw.com | 7/14/2025 9:44:08 AM | SENT |

Associated Case Party: Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ray Langenberg | 11911200 | ray.langenberg@cpa.texas.gov | 7/14/2025 9:44:08 AM | SENT |
| Kyle Counce | 24082862 | Kyle.Counce@oag.texas.gov | 7/14/2025 9:44:08 AM | SENT |
| Deborah Rao | 24131915 | deborah.rao@oag.texas.gov | 7/14/2025 9:44:08 AM | SENT |